No. 94–1926.  KAPOOR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *United States* v. *Gaudin*, 515 U. S. 506 (1995).